# CIRCUIT COURT OF THE CITY OF RICHMOND

Cetia Thomas,
an infant,
by her mother
and next friend,
Tina Jones Thomas,
and Tina Jones Thomas,
individually

v.

Summit Health Care,
d/b/a Richmond Obstetrics
and Gynecology Associates,
Inc., et al

January 13, 2004

Case No. LP-1057-1

BY JUDGE MELVIN R. HUGHES, JR.

After the meeting this morning, I viewed the video tape Ms. Sher left with me, which is the subject of the issue between the parties as to whether it can be shown to the jury in this medical malpractice case. The tape, "Shoulder Dystocia Drill," discusses the problem of shoulder dystocia and the techniques available to avoid it when the problem presents itself during the birth process. While, as I thought, the tape is at least informative, I must find, as plaintiff argues, that *inter alia*, it is replete with opinion testimony on how to best deal with the circumstances that could lead to the condition. Showing the tape would deprive the plaintiff of the right to cross-examine the commentator, a Dr. William Young, on issues such as, evaluating medical necessity and the employment of the various techniques described, timing etc. I think too that plaintiff's objection to its use as a medical treatise is well founded under Va. Code § 8.01-401.1, the case of *Constanino, etc. v. Herzog*, 203 F.3d 164 (2000), notwithstanding. So, defendant's request to show the tape is denied.